IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CLAYTON WILLIAMS ENERGY INC. STOCKHOLDERS LITIGATION | CONSOLIDATED CASE No. 1:17-cv-00312-LPS |

**NOTICE OF WITHDRAWAL OF**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Alan Sobel and Nadav Poms, by counsel, hereby withdraw their motions seeking a preliminary injunction. In support of this withdrawal, Plaintiffs state:

1. On March 28, 2017, the Court so ordered a briefing schedule on the Plaintiffs' motions, with Defendants' opposition due April 10, 2017 and the Plaintiffs' reply due April 11, 2017.

2. Defendant Clayton Williams Energy, Inc., will file a Form 8-K with the United States Securities and Exchange Commission that will moot the claims raised in the Plaintiffs' Complaints and asserted as the basis for their pending motions (the "Supplemental Disclosures").

3. As a result, the Plaintiffs no longer intend to request a preliminary injunction, and respectfully seek to vacate the briefing schedule.

4. Plaintiffs' counsel has conferred with counsel for the Defendants, and Defendants' counsel have no objection to the withdrawal of the motions or vacating the briefing schedule.

Dated: April 10, 2017

Respectfully submitted,

By: */s/ Michael Van Gorder*
**FARUQI & FARUQI, LLP**
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, Delaware 19807
Tel: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Interim Tri-Lead Counsel for Plaintiffs*