# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CLAYTON WILLIAMS ENERGY INC. STOCKHOLDERS LITIGATION | CONSOLIDATED CASE No. 1:17-cv-00312-LPS |

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

WHEREAS, the Plaintiffs filed complaints in the above-captioned consolidated action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of Clayton Williams Energy, Inc., by Noble Energy, Inc., pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around January 13, 2017, (the "Transaction");

WHEREAS, the Action asserts claims for violations of sections 14(a) and 20(a) of the Securities Exchange Act of 1934 by the Defendants alleged to have been made in Noble's amended S-4 filed with the SEC on or around March 21, 2017;

WHEREAS, on April 13, 2017, Clayton Williams Energy, Inc. filed a Form 8-K that included certain additional information relating to the Transaction that addressed and mooted all claims asserted in this action;

WHEREAS, Plaintiffs' Counsel believes they may assert a claim for a fee in connection with the prosecution of the Action and the issuance of the Supplemental Disclosures, and have informed the Defendants of their intention to petition the Court for such a fee if their claim cannot be resolved through negotiations between counsel for the Plaintiffs and the Defendants (the "Fee Application");

WHEREAS, all of the Defendants in the Action reserve all rights, arguments and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to the Plaintiffs or their attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning

the amount of any mootness fee application or award;

WHEREAS, the Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2017 that:

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to the Plaintiffs only. All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to the Plaintiffs only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The court retains jurisdiction of the Action solely for the purpose of determining the Plaintiffs' forthcoming Fee Application, if such Fee Application becomes necessary.

4. This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding the Plaintiffs' Fee Application at a time convenient to the Court.

7. If the Parties reach an agreement concerning the Fee Application, they will notify the Court. Upon such notification, the Court will close the Action.

Dated: May 18, 2017

                    Respectfully submitted,

                    By: */s/ Michael Van Gorder*
                    FARUQI & FARUQI, LLP
                    Michael Van Gorder (#6214)
                    20 Montchanin Road, Suite 145
                    Wilmington, Delaware 19807
                    Tel: (302) 482-3182
                    Email: mvangorder@faruqilaw.com

IT IS SO ORDERED this _____ day of May 2017.

                    _____
                    UNITED STATES DISTRICT JUDGE